# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

JESSE ADAMS, INDIVIDUALLY

VERSUS

ATLANTIC SPECIALTY INSURANCE
COMPANY, COASTAL
ENVIRONMENTS, INC., AND
HUNTER GUIDRY

NO.   2025 CW 0834

**NOVEMBER 17, 2025**

---

In Re:   Hunter Guidry, Coastal Environments, Inc. and Atlantic
Specialty Insurance Company, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 737798.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.**

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT